**DISMISSED and Opinion Filed August 7, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00899-CV

## IN RE BYRON KEITH MCHANNY, Relator

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-15496**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is relator's July 31, 2024 petition for writ of mandamus challenging the trial court's temporary orders. Based on our review of the petition and record, however, the trial court has since issued a final order resolving all claims at issue. "It is well-settled that a temporary order is superseded by entry of a final order, rendering moot any complaint about the temporary order." *Interest of B.W.S.*, No. 05-20-00343-CV, 2022 WL 2712494, at *4 (Tex. App.—Dallas July 13, 2022, no pet.) (mem. op. nunc pro tunc). We lack jurisdiction over a moot proceeding. *See Elec. Reliability Council of Tex., Inc. v. Panda Power Generation Infrastructure*

*Fund, LLC*, 619 S.W.3d 628, 634–35 (Tex. 2021) (orig. proceeding) (discussing mootness doctrine).

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See id.* Additionally, based on our review, relator's petition and its attached appendix contain unredacted sensitive data—such as a minor's birthdate—in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's petition and its attached appendix.

/Emily Miskel/

EMILY MISKEL

240899F.P05                                                   JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CAMILLE COOPER, ROBERT NEVAREZ, THE ORSALO GROUP, LLC, LARRY COOK, and 5TH AVENUE ACQUISITIONS & VENTURE CAPITALISTS, LLC, Appellants

No. 05-22-01295-CV        V.

TCH ALTERA AHCC, LLC, Appellee

On Appeal from the 471st Judicial District Court, Collin County, Texas Trial Court Cause No. 471-06464-2018.
Opinion delivered by Justice Garcia. Justices Reichek and Goldstein participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee TCH Altera AHCC, LLC recover its costs of this appeal from appellants Camille Cooper, Robert Nevarez, The Orsalo Group, LLC, Larry Cook, and 5th Avenue Acquisitions & Venture Capitalists, LLC.

Judgment entered this 7th day of August 2024.